Kirk D. Wingo #1052268
_____
Name and Inmate Booking Number

Northern Nevada Correctional Center
_____
Place of Confinement

P.o. Box 7000
_____
Mailing Address

Carson City, Nevada 89702
_____
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

The State of Nevada, Ex Rel,  ,
                              **Plaintiff**

vs.

(1) The state of Nevada  ,

(2) James Dzurenda, NDOC Director ,

(3) J. underwood  ,

(4) michael miller  ,

(5) W. GJTter, Correction officer
                         **Defendant(s).**

Case No. _____
(To be supplied by Clerk of Court)

### CIVIL RIGHTS COMPLAINT
### BY AN INMATE

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☑ Jury Trial Demanded

### A.    JURISDICTION

1)   This Court has jurisdiction over this action pursuant to:
     ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
     ☐ Other: _____

2)   Institution/city where Plaintiff currently resides: NNCC / Carson City

3)   Institution/city where violation(s) occurred: Ely State prison / Ely

### B.     DEFENDANTS

1.  Name of first Defendant: The State of Nevada . The first Defendant is employed as:
    _____ at _____ .
    (Position of Title)                       (Institution)

2.  Name of second Defendant: James Dzurenda . The second Defendant is employed as:
    Director at NDOC .
    (Position of Title)                       (Institution)

3.  Name of third Defendant: J Underwood . The third Defendant is employed as:
    _____ at _____ .
    (Position of Title)                       (Institution)

4.  Name of fourth Defendant: Michael Minev . The fourth Defendant is employed as:
    Doctor at _____ .
    (Position of Title)                       (Institution)

5.  Name of fifth Defendant: _____ . The fifth Defendant is employed as:
    Correctional officer at _____ .
    (Position of Title)                       (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

### C.     NATURE OF THE CASE

Briefly state the background of your case.

1. Plaintiff Kirk D. Wingo is an inmate Incarcerated within the Nevada Department. He bring this 1983 Civil Rights complaint against defendants for the reason stated herein.

2. As detailed below, Plaintiff had - and continues to have - Serious medical needs. Specifically, neck and Shoulder Injury was ignored until Symptoms worsened to Such a degree that Plaintiff needed Surgery to repair it. Plaintiff Condition, Nead lossly worsened by a lock of care, resulted in a complication.

3. Plaintiff needs this courts intervention if he is to live through his prison sentence

## COUNT I

The following civil rights has been violated: ~~Negligence~~

Eighth amendment - Deliberate Indifference

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. On August 23, 2018 at appox. 7:30 p.m. an inmate worker placed toliet paper in front of every inmate's door ~~both~~ housed on Unit 6A at Ely State Prison ("ESP"). Shortly, thereafter, Correctional Officer Escamilla (" C/o Escamilla") began opening inmates' doors to allow them to retrieve the toliet paper. My door was opened halfway, as I reached down to pick up the toliet paper, C/o Escamilla began closing my door. He never gave me any notice of his intentions to close my door, and therefore, I was unable to prevent him from closing my neck/shoulder forcefully in a my door. I immediately began screaming for help. My neighbors and other inmates began yelling that I was ~~stack~~ stuck in the door and for C/o Escamilla to open my door. Approx. a minute later, my door was opened ~~away~~ enough for ~~my~~ my neck to be unstuck. I immediately fell to the ground. My neck, back, and left shoulder were in excruciating pain. I gathered myself up from the floor and pressed my emergency call button. C/o Escamilla answered, and I explained to him how he had closed my neck in the door and that I was in extreme pain and that I wanted an emergency ~~to~~ grievance, to speak with a Sargeant, and to see medical. He stated that he could not see my room, but he never responded to my requests and then disconnected. I pressed the

~~the~~ button again to ~~an~~ a mandown (medical emergency), however, intentionally refused to ~~answer~~ answer the call button. Therefore, I had to endure unnecessary pain all night (physical, mental, and emotional).

2.    C/o Escamilla, a ~~state official~~, not only, breached his specific duty of care owed to plaintiff, but also, his general duty of ordinary care owed to plaintiff.

a.    C/o Escamilla knew or should have known that per NDOC's Administrative Regulations ("AR") and NDOC's Operating Procedures ("OP"), ~~but~~ he was forbidden from opening doors in administrative Segregation units, without the inmate being first handcuffed and having an officer present at the inmates door.

b.    As a state official, C/o Escamilla, had a duty to exercise ordinary care in performing his duties, and therefore, he owed a duty to plaintiff, but breached that duty, by causing a foreseeable injury to plaintiff's neck region, when his negligence caused plaintiff's neck to be closed in the hydraulic door.

3.    C/o Escamilla negligence caused plaintiff to suffer damage (fragments) to plaintiff's fourth, fifth, sixth ~~Verteb~~ Vertebraes, back pain, numbness in his neck, swollen head and neck (see exhibit ____) headaches, stiffness in the neck, mental anguish, and emotional distress.

page 5

**COUNT II**

The following civil rights has been violated: ~~Intentional Infliction of Emotional Distress ("IIED")~~

Eighth amendment- Deliberate Indifference

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. Plaintiff hereby incorporates the facts and information contained in paragraph #1 of Cont I of this civil complaint, as if they are set out here fully, and asserts that AFTER C/o Escamilla's negligence had caused Plaintiff's injuries and after Plaintiff had notified him of his injuries and his need for medical help, C/o Escamilla outrageously and intentional refused to summon medical help for the plaintiff, eventhough, plaintiff had advised him that his neck was injury when he closed plaintiff's neck in the door. C/o Escamilla's failure to call medical help for plaintiff was extreme, intentional, and malicious, and was done in bad faith with the intentions of causing and ~~that cause~~ actually did cause plaintiff to suffer excruciating physical pain (exhibits A,    ), and severe mental and emotional distress (i.e. fear of death, ~~fa~~ fear of paralysis, anxiety, despair)

## COUNT 3

The following civil rights has been violated: ~~Not # 345~~

Eighth amendment- Deliberate Indifference

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. Plaintiff hereby incorporates by reference the facts and information Contained in paragraphs # 1, 2, 2a, 2a and 2b of count 1 and paragraph # 1 of count 2 of this civil Complaint, as if they are set out here fully, and asserts that Warden W. Gittere ("Warden Gittere"), and Director James Dzurenda ("Dir. Dzurenda") are vicariously liable for C/o Escamilla's intentional acts (refusing to provide plaintiff medical Care and an emergency grievance) that occurred AFTER he negligently Closed plaintiff's neck in the door. C/o Escamilla's intentional acts of Misconduct were reasonably foreseeable and the defendants Could have reasonably anticipated C/o Escamilla's misconduct and plaintiff's injuries. further, C/o Escamilla's misconduct was committed during a series of acts authorized by the defendants, i.e., his job duties includes, but are not limited to, custody, control, and care of inmates, responding to and requesting medical care for inmates, and handing out emergency grievances to inmates. Thus, his misconduct were committed within course of the very task assigned to him, as a Nevada Department of Corrections officer, employed by the NDOC.

2. C/o Escamilla's intentional acts of misconduct caused plaintiff to suffer physical, mental, and emotional distress (exhibits

Page 7

COUNT ☐ 4

The following civil rights has been violated: Deliberate Indifference (8th Amendment)

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. Plaintiff hereby incorporates the facts and information contained in paragraph #1 of Count 1 of this civil complaint, as if they are set out here fully, and asserts that AFTER C/o Escamilla's negligence caused plaintiff's neck to be closed in the door and injuries caused injuries to plaintiff, and AFTER plaintiff had advised him of his injuries and his need for medical care, C/o Escamilla deliberately refused to summon medical help for plaintiff. further, he refused to answer the emergency call button and he refused to provide plaintiff with an emergency grievance, and thus, he interfered with plaintiff's ability to request immediate medical care through the grievance. C/o Escamilla's deliberate indifference to plaintiff serious medical needs and his need for medical care caused plaintiff to suffer unnecessary pain for 3 whole days (exhibits A, A7, and A8). furthermore, C/o Escamilla's negligence caused severe damage to plaintiff's third, fourth, and fifth vertebraes, for which plaintiff is currently receiving treatment from the pain institute and has been referred to a neurologist for nerve damage done to his neck. Thus, C/o Escamilla's actions on caused plaintiff to suffer excruciating pain.

2. C/o Escamilla's deliberate indifference to plaintiff's

page 8

Serious medical needs on 8/23/2018 caused plaintiff to suffer unnecessary physical, mental, and emotional distress (exhibits A., A6, A.7, and A8).

Page 9

COUNT ~~No.~~ 5

The following civil rights has been violated: ~~les # 1334~~

Eighth Amendment - Deliberate Indifference

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. Plaintiff's hereby incorporates by reference the facts and information contained in paragraph #1 of Count 1 of this civil complaint, as if they are set out here fully, and asserts that C/o Escamilla intentionally and in bad faith violated plaintiff's Nevada and U.S. constitutional rights on 8/23/2018, by being deliberately indifferent to plaintiff's serious medical needs (Article 1 section 6 and 8th Amendment) and by refusing to provide plaintiff with an emergency grievance after plaintiff informed him of his intentions to seek redress of his grievances against him (Article 1 Section 10, and 1st Amendment).

2. C/o Escamilla's intentional misconduct on 8/23/2018 unduly deprived plaintiff of his Nevada and U.S. constitutional rights and caused plaintiff to suffer unnecessary physical, mental, and ~~physical~~ emotional pain (exhibits A, A6, A7, and A8).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the same or similar facts as involved in this action? _____ Yes _____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

COUNT ☞ 6

The following civil rights has been violated: Eighth Amendment —
Deliberate Indifference

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. Plaintiff hereby incorporates by reference the facts and information contained in paragraph # 1 of this Civil Complaint, as if they are set out here fully, and asserts that J. Underwood, Warden W. Gittere, and Michael Minev violated Plaintiff's procedural due process rights during the administrative grievance process.

2. On 8/24/2018 plaintiff authored and submitted an Informal grievance (exhibit A) about C/o Escamilla's negligence (closing my neck in the door), as well as, his intentional acts of misconduct (deliberately refusing to summon and provide plaintiff medical care and an emergency grievance). Further, in his informal grievance plaintiff asked for the video footage of the incident and he advised them that he had statements from inmates who had witnessed the incident.

3. Caseworker J. Underwood ("Underwood") was responsible for investigating and answering plaintiff's 8/24/2018 Informal Grievance (exhibit A). However, Underwood unduly denied plaintiff his Constitutional right to due process when he inexplicably failed to conduct and an adequate and meaningful investigation into the facts pertinent

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you filed other actions in state or federal courts involving the same or similar facts as involved in this action? ___ Yes X No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

page 11

to plaintiff's grievance. Here, Underwood failed to interview any inmates on the unit where the incident happened, he failed to inquiry about the names or statements plaintiff had from other inmates, and he failed to review the video footage. Thus, without speaking to witnesses, reviewing the video, or looking into plaintiff's related medical issues Underwood's decision to and reasons for denying plaintiff's Informal Grievance were abitrary, capricious, and unreasonable, and his statement that, "you (I.) have provided no evidence to substantiate your claims," (exhibit A1), is belied by plaintiff's grievance. Therefore, Underwood unduly deprived plaintiff of a fair hearing.

    4.   Warden W. Gittere was responsible for reviewing, investigating, and responding to plaintiff's first level grievance (exhibit A2). Warden Gittere violated plaintiff's due process rights by upholding Underwood's arbitrary and capricious decision to denied my grievance. further, eventhough, plaintiff advised Warden Gittere that he had statements from inmate eye witnesses to the 8/23/2018 incident (exhibits A9 & 2x10) and that he needed to review the video footage., Warden Gittere failed to request said statements, interview any inmates, or perform any kind of investigation into the facts pertinent to plaintiff's grievance. furthermore, Warden Gittere incredvously claimed that "unfortunately by the time you complained about the incident in the informal grievance video of that date was no longer available." (exhibit A3). However, it must be noted that

that filed his grievance less than 17 hours after the incident occured. Also, the Warden claims that "... the cell doors at ESP are designed so that they do not close with enough force to cause injury to an adult male. I know this true because as a new Officer here at ESP, I once allowed an ~~Officer~~ Officer in the Control room to purposely close a cell door on my body ... my body stopped the door and I was unharmed." (exhibit A3). Noticeably, the Warden didn't say that he allowed the door to close on his neck. Further, plaintiff is a frail older male (6.5 years old at that time), and just because, allegedly the door did not injury the Warden does not mean that the door did not cause significant pain to plaintiff's body, in fact, plaintiff suffer debilitating pain and damage to his neck, for which he has to injected with medication at ~~th~~ the ~~pr~~ Pain Institute.

Thus, the reasons for and his decision to deny plaintiff's grievance were arbitrary, capricious, and unreasonable. Further, he ~~denied~~ unduly denied plaintiff a fair hearing by not performing adequate ~~indest~~ investigation.

5. Michael Miner ~~was~~ responsible reviewing plaintiff's grievances (exhibits A, A2, A4), however, he failed to conduct any type of investigation and unbelievably copied the Warden's official response word for word (compare exhibits A3 with A5).

Thus, Michael Miner unduly denied plaintiff a fair hearing and his reasons for and his to deny plaintiff's grievance were abitrary, capricious, and unreasonable. Therefore, he violated the plaintiff's due process rights.

Page 13

6.    Thus, the Defendants (Underwood, W. Gittere, and michael miner) caused the plaintiff to suffer deprivation of his Constitutional rights and physical, mental, and emotional pain (exhibits., A., A2, A4, A6, A7, A8, and A11).

outline).

a) Defendants: _____

b) Name of court and docket number: _____

c) Disposition (for example, was the case dismissed, appealed or is it still pending?):

_____

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? ____ Yes __✗__ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

Page 15

c)  The case was dismissed because it was found to be (check one): \_\_\_\_\_ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): \_\_\_\_\_ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes \_\_\_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole board decision; or (5) \_\_\_ other _____.

If your answer is "Yes", provide the following information. Grievance Number _2606-30-_7108
Date and institution where grievance was filed _~~filed~~ 8/24/2018 (ESP)_ _____.

Response to grievance: _~~Dia~~ Denied at all levels_ _____

_____

_____

Page 16

- - - - - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

(please  See  page  18 )

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_Ronnie Edwards_
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_(Signature of Plaintiff)_

_7/28/2019_
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

## REQUESTS FOR RELIEF

Wherefore, plaintiff respectfully requests the court grant the following relief:

A. Issue a declaratory judgment stating that:

1. That J. Underwood, Warden W. Gittere, and Michael Minev violated plaintiff's due process rights during the grievance process.;

2. That C/o Escamilla violated plaintiff's Eighth Amendment and First Amendment rights of the U.S. Constitution and his Constitutional rights (Nevada) Article 1 Section 6 & Article 1 Section 10 of the Nevada Constitution;

B. Award Compensatory damages in the following amounts:

1. Count 1: $ 15,000 (in excess) against C/o Escamilla;

2. Count 2: $ 15,000 (in excess) against C/o Escamilla;

3. Count 3: $ 15,000 against defendants (in excess of) against each defendant (James Dzurenda and Warden W. Gittere);

4. Count 4 (federal claim): $ 100,000 against C/o Escamilla;

5. Count 5: $ 15,000 (in excess of) against C/o Escamilla;

6. Count 6 (federal claim): $ 50,000 against each defer. defendant (J. Underwood, Warden W. Gittere, and the Michael Minev);

C. Award Punitive damages in the following amounts:

1. $ 15,000 (in excess of) against C/o Escamilla for counts 2, 4, and 5.

D. Grant such other relief that this court finds fair and just or that the plaintiff may appear to be entitled to.


Dated: 7/29/2019

Respectfully Submitted by:

Kirk D. Wingo
P.O. Box 650
Indian Springs, NV 84070

Page 18

## AFFIRMATION
## Pursuant to NRS 239B.030


The undersigned does hereby affirm that the preceding _____

_____ Civil Complaint _____
(Title of Document)


filed in District Court Case number _____


☒  Does not contain the social security number of any person.

**-OR-**

☐  Contains the social security number of a person as required by:

A.  A specific state or federal law, to wit:

_____
(State specific law)

**-or-**

B.  For the administration of a public program or for an application for a federal or state grant.


_____          7/29/2019
Signature                                          Date


Kirk Wingo
Print Name

Plaintff
Title


Page 19

**EXHIBIT** _A___

**EXHIBIT** _A___

*Medical*

Log Number 2006307/108

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: *Kirk Wingo*     I.D. NUMBER: 1052268

INSTITUTION: *ESP*     UNIT: 6-CELL 33 A

GRIEVANT'S STATEMENT: *On 8/23/18 at about 7:30 p.m Inmate put toilet paper outside my cell the C/o pop my door hallway I reached for the toilet paper and the cell door closed on my neck and left shoulder and twisted my back I got up from the ground and push my bottom and told the C/o what he*

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: *Kirk Wingo*     DATE: 8/24/18  TIME: 12:00

GRIEVANCE COORDINATOR SIGNATURE: _____ AW     DATE: 08/29/18  TIME: 1647Hrs

GRIEVANCE RESPONSE: *See Attached*

CASEWORKER SIGNATURE: _____     DATE: 10/10/18

____ GRIEVANCE UPHELD  ____ GRIEVANCE DENIED  ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ AW     DATE: 10/22/18

____ INMATE AGREES *KW*  ____ INMATE DISAGREES

INMATE SIGNATURE: *Kirk D Wingo*     DATE: 10/30/18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

Ely State Prison

Ely State Prison     Ely State Prison     FEB 05 2019

SEP 11 2018 / 11 2019     NOV 06 2018     DEC 11 29.1     Grievance Coordinator

Grievance Coordinator Coordinator     DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Kirk Wingo_    I.D. NUMBER: _1052268_

INSTITUTION: _ESP_    UNIT #: _6-A Cell 33-A_

GRIEVANCE #: _____    GRIEVANCE LEVEL: _1F_

GRIEVANT'S STATEMENT CONTINUATION:    PG. _2_    OF _2_

had did he said he could 4, see from wall he was, so I ask for a grievance and a sergeant and the C/o did not answer me, I push the bottom again to do a man down and again there was (no) answer from the bubble, I had to stay up all night in pain and I fill-out a medical Kite to see the docter also I would like the video tape of the date 8/23/18 and the time between 6:30 & 7:30 p.m also have statements from other inmates, that saw what happen Te me this was a human erred of the C/o and "no" one from medical or a supervisor of the prison to check on my injury.

Original:                Attached to Grievance                                        Ely State Prison
Ely State Prison     Inmate's Copy     Ely State Prison     Ely State Prison     FEB 05 2019

SEP 1 1 2018                          NOV 06 2018     DEC 1 1 2018     Grievance Coordinator

Grievance Coordinator              Grievance Coordinator     Grievance Coordinator     DOC – 3097 (01/02)

**EXHIBIT** A1

**EXHIBIT** A1



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#**   20063071108                    **ISSUE DATE:**   09/11/2018

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| WINGO, KIRK DOUGLAS | 1052268 | RTRN_INF | JUNDERWOOD |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 10/16/2018 | | Denied | SCHILSON | INACTIVE |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

Inmate Wingo, your grievance has been reviewed. CO Escamilla was the officer in unit 6 for the night you allege the incident occurred and CO Escamilla states that this did not occur and that if you requested a grievance you would have been given one. You have provided no evidence to substantiate your claim. Grievance denied.

*GRIEVANCE RESPONDER*

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:    OCT-22-18 10:39 AM

Ely State Prison

NOV 0 6 2018

Grievance Coordinator

Ely State Prison

DEC 1 1 2018

Grievance Coordinator

Ely State Prison
Page 3 of 10
FEB 0 5 2019

Grievance Coordinator