UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK D. WINGO,<br><br>                              Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br><br>                              Defendants. | Case No. 3:25-cv-00262-ART-CSD<br><br>ORDER GRANTING IN PART MOTION TO EXTEND DEADLINE AND DENYING MOTION FOR STATUS CHECK<br><br>[ECF Nos. 6, 9] |

In screening Plaintiff Kirk Wingo's civil-rights complaint, this Court dismissed his medical-indifference claim with leave to amend by January 9, 2026. (ECF No. 7). Before that deadline expired, Wingo moved to extend it by 90 days, arguing that he needs more time to schedule an appointment to review his medical records. (ECF No. 9). Wingo also moves for a status check. (ECF No. 6). Wingo has shown good cause to extend the deadline to file an amended complaint, but not by 90 days. Based on the information provided, Wingo might be able to access his medical records within 45 days of the original deadline.

I.     **CONCLUSION**

It is therefore ordered that the motion to extend the deadline to file an amended complaint (ECF No. 9) is granted in part and denied in part. The deadline for Wingo to file an amended complaint is **extended to February 23, 2026**.

It is further ordered that the motion for status check (ECF No. 6) is denied as moot.

DATED: January 12, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1